UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br> v.<br>BROWN,<br>   Defendant. | Case No. 18-cr-00535-VC-1<br><br>**ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE**<br>Re: Dkt. No. 25 |

  The motion for compassionate release is granted. The government agrees that extraordinary circumstances are present and that Brown is not a danger to the community. Considering all the Section 3553(a) factors, release is warranted. Thus, Brown's motion for compassionate release is granted on the condition that he spend the unserved portion of his sentence in home confinement. The conditions and term of supervised release following the completion of this sentence remain the same.

  **IT IS SO ORDERED.**

Dated: July 1, 2020

                _____
                VINCE CHHABRIA
                United States District Judge